ADAM ROSS PEHRINGER SR. # 103574
*(full name/prisoner number)*
IDAHO MAXIMUM CUSTODY INSTITUTION
P.O. BOX 51
BOISE, IDAHO 83707
*(complete mailing address)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

ADAM ROSS PEHRINGER SR,
*(full name)*
       Plaintiff,

v.

TIMOTHY RICHARDSON
LAURA WATSON
WALTER CAMPBELL
JAY CHRISTONSEN

       Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes    ☐ No

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*
☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

### B. PLAINTIFF

My name is ADAM ROSS PEHRINGER SR. I am a citizen of the State of IDAHO, presently residing at THE IDAHO MAXIMUM SECURITY INSTITUTION.

PRISONER COMPLAINT - p. 1_                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **JAY CHRISTONSEN**, who was acting as **WARDEN**
   *(defendant)*                                                                 *(job title, if a person; function, if an entity)*

   for the **STATE OF IDAHO, IDAHO DEPARTMENT OF CORRECTIONS**.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **4-16-2021**, Defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   UPON ENTERING THE IDAHO STATE CORRECTIONAL CENTER. I CONTINUALLY SUFFERED AND WAS SUBJECT TO HARRASSMENT, RETALIATION, VERBAL SEXUAL, PHYCOLOGICAL ABUSE. DAILY I WROTE OFFENDER CONCERN FORMS TO MR. CHRISTONSEN AND ATTEMPTED TO ESTABLISH COMMUNICATION TO REPORT THIS ONGOING ABUSE BUT RECIEVED NO RESPONSE NOR WAS I GIVEN ANY CREDIBLE INFORMATION FROM ANY IDAHO DEPARTMENT OF CORRECTIONS, CORRECTIONAL OFFICERS. I WROTE OFENDER CONCERN FORMS AND REPORTED THESE INCIDENTS MULTIPLE TIMES. THERE WAS TWO PRISION RAPE ELIMINATION INVESTIGATIONS AS A RESULT.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   RETALIATION, FELONY HARRASSMENT AND ABUSE.

4. I allege that I suffered the following injury or damages as a result:
   I DID AND STILL CONTINUE TO ENDURE CONTINUAL POST TRAUMATIC STRESS DISORDER. I HAVE NIGHTMARES AND HAVE MENTALLY BEEN TRAUMATICALLY EFFECTED TO THE POINT WHERE AT TIMES IT IS DIFFICULT TO FUNCTION PROPERLY WITHOUT FEAR OF FUTURE ABUSE. I AM STILL RETALIATED AGAINST AND HAVE UNJUSTLY BEEN MOVED TO A MAXIMUM CUSTODY FACILITY

5. I seek the following relief: I WANT A THOUROGH INVESTIGATION INTO THIS. I AM ALSO SEEKING $500,000 FOR PHYCOLOGICAL, MENTAL ANGUISH AND SUFFERING

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| 4TH | CV0l2l4l82 | PRISON CIVIL RIGHTS COMPLAINT | PENDING | N |
| 4TH | UNASIGNED | PRISON CIVIL RIGHTS COMPLAINT | PENDING | N |
| U.S | 1:21CV00372 | PRISONER RIGHT VIOLATION | PENDING | N |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☑ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I AM ACTIVELY PURSUING CLAIMS RELATED TO THIS BUT NOT ON THE ACTUAL PHYCOLOGICAL AND MENTAL ABUSE ITSELF. I HAVE THUS FAR BEEN DENIED LEGAL REPRESENTATION AND AS A RESULT, THIS SAME MENTAL ABUSE AND RETALIATION TAKES PLACE DAILY UP TO THIS PRESENT TIME.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 12-30-21 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at IDAHO MAXIMUM SECURITY INSTITUTION   12-30-2021
                        *(Location)*                              *(Date)*

*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*